UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION ) ) ) ) | CIVIL ACTION NO. 1:07-MD-1845-TWT |
| ********************* ) | ********************* |
| ) DEBORAH ACKER, on behalf of her ) daughter, A.A., et al., ) ) Plaintiffs, ) ) ) v. ) ) CONAGRA FOODS, INC., a Delaware ) Corp., ) ) Defendant. ) | CIVIL ACTION NO. 1:09-CV-0377-TWT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 and LR 41, Plaintiffs Bill Alexander, Michael Allday, Brenda Anderson, Vakeshia Baker, Kathy Belue, Mary Blackerby, Christy Blake, Glenda Boatright, Rose Bouwmans on behalf of her daughter, S.B., William Burchell, Nadia Burks, Mark E. Carpenter, Clata Chaney, Bettie Cherry, Harold Cooper, Robert Dennis, Virginia Vandiver on behalf of her son, J.D., Reginal Dyess, Freda Freeman, Glenda Gipson, Jerry Grant, Queen Gray, Glenn Griffin, Blanche Hall, Victor Harris, Melita Hicks on behalf of her son, R.T.H., Justin

Hollingsworth, Amy Horton on behalf of her son, C.H., Teresa Howard, Africa Hudson on behalf of her daughter, C.H., Judy Johns, Mashelleous Jones on behalf of her daughter, J.J., Carol Keener, Angel Key on behalf of her daughter, C.K., Charles Lahay, Laura Lewis, Lynette Loftin, Aaron Maxwell, Charlen May on behalf of her daughter, C.M., and on behalf of her son, L.M., Pam McCoo, Mary McGrady, Willie Pride, Delores Prince, Alma Riddle, Theodore Robinson, Cynthia Smith, Theodis Stokes, Doris Thomas on behalf of her son, C.T., Johnny Tolbert, Charles Turner, Octavia Wagstaff, Christa Waid, and Dianne Wallace on behalf of her son, C.W., hereby dismiss their claims against Defendant ConAgra Foods, Inc. with prejudice.

This 15th day of April, 2010.

/s/ Robert H. Smalley, III, w/permission
McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP
Robert H. Smalley, Esq.
411 West Crawford Street
P.O. Box 1105
Dalton, GA 30722
rsmalley@mccamylaw.com

*Attorney for Plaintiffs*

CONSENTED TO:

/s/ Andrew G. Phillips
Angela M. Spivey, Esquire
GA Bar No. 672522
Andrew G. Phillips, Esquire
GA Bar No. 575627
McGUIREWOODS LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309-7649
aspivey@mcguirewoods.com
aphillips@mcguirewoods.com
(404) 443-5700 (telephone)
(404) 443-5599 (facsimile)

*Attorneys for Defendant ConAgra Foods, Inc.*